388 P.3d 53

**Angelina U. LARDIZABAL, Claimant–Appellant/Cross–Appellee,**

v.

**NO KA OI PRODUCERS, INC., Employer–Appellee/Cross–Appellee, and First Insurance Company of Hawaii, Ltd., Insurance Carrier–Appellee/Cross–Appellee, and Special Compensation Fund, Appellee/Cross–Appellant**

**NO. CAAP–13–0005885**

Intermediate Court of Appeals of Hawai'i.

November 16, 2016

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS

266

BOARD (CASE NO. AB 2012–021; (2–06–45436))

MEMORANDUM OPINION

Vacate. Remand.